Judge Theodore A. McKee
Suite 20614 U.S. Courthouse
601 Market St.
Philadelphia, Pa. 19106

September 4, 2004

Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Reply to August 4, 2004 Letter

Dear Judge Lisi:

This letter and the enclosed revised Section VII of my 2003 Annual Financial Disclosure Report is sent in response to your August 4, 2004 letter to correct and amend the 2003 report (and, where indicated the 2002 Report) as indicated below:

1). I have amended Section VII to reflect partial sales of the items mentioned in ¶ 1 of your letter where appropriate. However, I am a bit confused as the letter states that in column "D: I listed "the sale" of the items specified. However, lines 1, 4, 8, 10, 19 and 30 do not list sales in Column "D." Rather, they either list purchases or are left blank. Where blank, The date specified under column D(2) and the value code in D(3) are the dates and codes for the dividend listed in column B(2). The only "sale" listed for the items referenced in your ¶ 1 is Whole Foods at line 31, and I have changed that entry to accurately reflect a full sale.

2).You note that on Part VII, "page 1,lines 1 and 4, Column D(1) was left blank but Columns D(2)-(4) were completed indicating a transaction," and request the type of transaction. This is confusing as, in ¶ 1) of your letter, you state that "lines 1, 4, . . ." listed a sale of certain stock in Column D(1). In fact, the transactions referred to on lines 1 and 4 are payments of dividends as noted in Column B(2).

3). I have listed "Dividend" under Column B(2) to identify the type of income for the Amount Code listed in Column B(1).

4). Corrected. on attached Amendment.

5). You have asked me to provide the income type and amount code for the securities mentioned in ¶ 5. I don't understand the concern because none of those companies paid a dividend in 2003 and therefore there is no income type or amount to provide.

RECEIVED
2004 SEP -9 P 12: 5.
FINANCIAL DISCLOSURE OFFICE.

Accordingly, I left the columns you have inquired about blank. Where I sold stock for any of those companies, I listed the "income" information (i.e. "gain") in the appropriate space under Column D.

6). After reviewing my earlier reports, and account registers, I realize that the shares of "Staples" you refer to should have first been reported on my 2002 report. Please consider the following grid as an addendum to my 2002 annual report:

| ASSET | INCOME DURING PERIOD | | | VALUE AT END | | TRANSACTIONS DURING REPORTING PERIOD | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | AMT | CODE | TYPE | CODE | METHOD | TYPE | DATE | VAL | CODE | GAIN | C |
| STAPLES STOCK | | | | | JT | BUY | 5/2/2002 | | J | | |
| STAPLES STOCK | | | | | JT | BUY | 6/3/2002 | | J | | |
| STAPLES STOCK | | | | | JT | PART SALE | 7/2/2002 | | J | T | |
| STAPLES STOCK | | | | | JT | BUY | 75/2002 | | J | | |
| STAPLES STOCK | A | | DIVIDEND | J | T | | 5/1/2002 | | J | | |
| STAPLES STOCK | | | | | JT | BUY | | | | | |

7). Corrected on attached Amendment.

8). You refer to several assets in ¶ 8 that were listed in 2002, but not 2003. I am hereby amending the 2003 report as follows:

| ASSET | INCOME DURING PERIOD | | | VALUE AT END | | TRANSACTIONS DURING REPORTING PERIOD | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | AMT | CODE | TYPE | CODE | METHOD | TYPE | DATE | VAL | CODE | GAIN | C |
| CISCO | A | | DIVIDEND | J | T | | | | | | |

There were no purchases or sales of CISCO during 2003.

The remaining securities inquired about in ¶ 8 declined to the the point of exemption from disclosure as follows:

Calvert Appreciation Fund (X)
Calvert Ariel Fund (X)

DISNEY (X)
ML Biotech Mutual Fund (X)
Goldman Sachs TollKeeper Fund (X)
Dupont (X)
Phoenix Bal Fund (X)
Phoenix Tax Exempt Fund (X)
Phoenix Balanced Fund (X)

I believe this responds to each of the concerns expressed in your letter and will serve as an amendment to my 2003 report and, where indicated, to my 2002 report.

Sincere

FINANCIAL DISCLOSURE REPORT

Page 1 of 3

Name of Person Reporting

McKee, Theodore A

Date of Report

6/8/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CENTEX COMMON STOCK | A | Dividend | J | T | ? | 1/8 | J | | |
| 2. CENTEX | A | DIVIDEND | | | BUY | 1/9 | J | | |
| 3. CENTEX | A | DIVIDEND | | | BUY | 4/9 | J | | |
| 4. CENTEX | A | Dividend | J | T | ? | 4/10 | J | | |
| 5. CENTEX | A | Dividend | J | T | FUL SALE | 6/19 | J | A | |
| 6. CHATTEM INC COMMON (SEE SECTION VIII) | A | Dividend | | | FULL SALE | 10/20 | J | A | |
| 7. CARDINAL HEALTH CORP STOCK | A | Dividend | J | T | BUY | 10/13 | J | A | |
| 8. CHICOS | A | Dividend | J | T | ? BUY | 10/31 | J | A | |
| 9. CHICOS | A | Dividend | J | T | SALE | 12/4 | J | A | |
| 10. CHICOS | A | Dividend | J | T | ? BUY | 12/11 | J | A | |
| 11. COCA COLA (SEE SEC VIII) | A | Dividend | J | T | | | | | |
| 12. MERCK CORP (SEE SEC VIII) | A | Dividend | J | T | | | | | |
| 13. INTEL CORP. (SEE SEC VIII) | A | Dividend | J | T | | | | | |
| 14. DR HORTON INC. | A | Dividend | J | T | BUY | 7/7 | J | | |
| 15. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | | | | | |
| 16. FTI CONSULTING | A | Dividend | J | T | BUY | 7/7 | J | | |
| 17. JOHNSON AND JOHNSON | A | Dividend | J | T | BUY | 3/12 | J | | |
| 18. LENNAR CORPORATION | A | Dividend | J | T | buy | 10/13 | J | | |

1. Income/Gain Codes. (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKee, Theodore A | 6/8/2004 |

## VII. INVESTMENTS and TRUSTS -- Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. MBNA CORPORATION | A | Dividend | J | T | BUY | 7/7 | J | | |
| 20. MBNA | | | | | FULL SALE | 10/13 | J | A | |
| 21. MOBILITY ELECTRONICS INC | | | J | T | BUY | 10/20 | J | | |
| 22. MOBILITY ELECTRONICS INC | | | | T | BUY | 10/31 | J | | |
| 23. MOBILITY ELECTRONICS | | | | T | BUY | 11/5 | J | | |
| 24. NETEASE.COM INC | | | | | BUY | 1/27 | J | | |
| 25. NETEASE.COM INC | | | | | FULL SALE | 2/28 | J | A | |
| 26. SLM CORPORATION | A | Dividend | J | T | BUY | 1/24 | J | | |
| 27. SSGA TUCKERMAN REIT FUND | A | Dividend | J | T | BUY | 1/3 | J | | |
| 28. TELEFON DE MEXICO | A | Distribution | | | BUY | 7/7 | J | | |
| 29. TELEFON DE MEXICO | A | Distribution | | | FULL SALE | 10/13 | J | A | |
| 30. WHOLE FOODS | | | J | T | ? BUY | 2/7 | J | | |
| 31. WHOLE FOODS | | | J | T | SELL | 6/23 | J | A | |
| 32. STAPLES | A | Dividend | J | T | | | | | |
| 33. BEN AND JERRY'S | A | Dividend | J | T | | | | | |
| 34. DRESHNER RCM BIOTECH MUTUAL FUND | A | Dividend | J | T | | | | | |
| 35. CITIZENS CORE GROWTH FUND (SEE SECT VIII) | A | Dividend | J | T | | | | | |
| 36. CITIZENS EMERGING GROWTH FUND | A | Dividend | J | T | | | | | |

1 Income/Gain Codes.     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2 Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3 Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKee, Theodore A | 6/8/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | CITIZENS GLOBAL EQUITY | A | Dividend | J | T | | | | | |
| 38. | MFS EMEREGING GROWTH FUND (SEE SEC. VIII) | A | Dividend | J | T | | | | | |
| 39. | AMEICAN WASHINGTON MUTUAL FUND (SEE SEC VIII) | ~M | Dividend | J | T | | | | | |
| 40. | EURO PACIFIC GROWTH FUND | A | Dividend | J | T | | | | | |
| 41. | REEBOK CORP | A | Dividend | J | T | BUY | 9/4 | J | | |

1. Income/Gain Codes      A  = $1,000 or less       B  = $1,001-$2,500       C  = $2,501-$5,000       D  = $5,001-$15,000       E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes      J  = $15,000 or less       K  = $15,001-$50,000       L  = $50,001-$100,000       M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000       P4 = More than $50,000,000
3. Value Method Codes      Q  = Appraisal       R  = Cost (Real Estate Only)   S  = Assessment       T  = Cash/Market
   (See Column C2)           U  = Book Value       V  = Other       W  = Estimated

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) McKee, Theodore A | 2. Court or Organization Third Circuit | 3. Date of Report 6/30/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge . | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 20614 U.S. Courthouse 601 Market street Philadelpha, Pa. 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION : | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner | Pujkee Associates |
| 2. Board of Trustees | Edna McConnell Clark Foundation |
| 3. Director | Fox Chase Cancer Center |
| 4. Advisory Board Member | City Year Greater Philadelphia . _ |
| 5. Advisory Board | Barristers Association of Philadelphia |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED Jun 30 11 26 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Presbyterian Medical Center ▓▓▓▓ | 2003 |
| 2. | | Administrative Office Pa. Courts - vested retirement from prior state court judgship | approx. 12,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | _See Line 1 Section III A abov_ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | United States State Department (march 17-18, 2003). ($300). | Reimburse room and board expenses incurred while making official visits to officials in Ghanian government while traveling in Ghana |
| 2. | U.S. Court of Appeals for Third Circuit ($3,058) | Travel, room and board pertaining to court sitting in Virgin Islands April 28-May2, 2003. |
| 3. | U.S. Court of Appeals for Third Circuit ($365.) | Court retreat - room and board (May 5-6, 2003). |
| 4. | U.S. State Department ($2,000). | Room, board and related expenses including required vaccinations for visit to Ghana as part of official judicial delegation (Sept 22 - Oct 3 |
| 5. | Stanford University | Airfare and Lodging related to participation in panel at Stanford Law School (Feb. 24-26, 2003. $644) |
| 6. | Edna McConnell Clark Foundation | Trustees Meeting in NYC, travel & lodging March 5-6, 2003). ($230). |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** – (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | Same as above | reimburse travel to NYC July 1-2, 2003 ($204) |
| 8. | Same As above | Trustees meeting, travel to NYC, Sept 16-17, 2003 ($204.) |
| 9. | Same as Above | lodging pertaining to Trustees Meeting in NYC Dec 16-17 ($115) travel paid for directly by Foundation. |
| 10. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKee, Theodore A | 6/30/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Commercial Bank | Credit Card | J |
| 2. | Commercial Bank | Line of Credit | K |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A | 6/30/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CENTEX COMMON STOCK | A | Dividend | J | T | | 1/8 | J | | |
| 2. CENTEX | A | | | | BUY | 1/9 | J | | |
| 3. CENTEX - | A | | | | BUY | 4/9 | J | | |
| 4. CENTEX | A | Dividend | J | T | | 4/10 | J | | |
| 5. CENTEX | A | Dividend | J | T | FUL SALE | 6/19 | J | T | |
| 6. CHATTEM INC COMMON (SEE SECTION VIII) | A | Dividend | | | FULL SALE | 10/20 | J | T | |
| 7. CARDINAL HEALTH CORP STOCK | A | Dividend | J | T | BUY | 10/13 | J | T | |
| 8. CHICOS | A | Dividend | J | T | BUY | 10/31 | J | T | |
| 9. CHICOS | A | Dividend | J | T | SALE | 12/4 | J | T | |
| 10. CHICOS | A | Dividend | J | T | BUY | 12/11 | J | T | |
| 11. COCA COLA (SEE SEC VIII) | A | Dividend | J | T | | | | | |
| 12. MERCK CORP (SEE SEC VIII) | A | Dividend | J | T | | | | | |
| 13. INTEL CORP. (SEE SEC VIII) | A | Dividend | J | T | | | | | |
| 14. DR HORTON INC. | A | Dividend | J | T | BUY | 7/7 | J | | |
| 15. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | | | | | |
| 16. FTI CONSULTING | A | Dividend | J | T | BUY | 7/7 | J | | |
| 17. JOHNSON AND JOHNSON | A | Dividend | J | T | BUY | 3/12 | J | | |
| 18. LENNAR CORPORATION | A | Dividend | J | T | buy | 10/13 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A | 6/30/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MBNA CORPORATION | A | Dividend | J | T | BUY | 7/7 | J | | |
| 20. MBNA | | | | | FULL SALE | 10/13 | J | A | |
| 21. MOBILITY ELECTRONICS INC | | | J | T | BUY | 10/20 | J | | |
| 22. MOBILITY ELECTRONICS INC | | | | T | BUY | 10/31 | J | | |
| 23. MOBILITY ELECTRONICS | | | | T | BUY | 11/5 | J | | |
| 24. NETEASE.COM INC | | | | | BUY | 1/27 | J | | |
| 25. NETEASE.COM INC | | | | | FULL SALE | 2/28 | J | A | |
| 26. SLM CORPORATION | A | Dividend | J | T | BUY | 1/24 | J | | |
| 27. SSGA TUCKERMAN REIT FUND | A | Dividend | J | T | BUY | 1/3 | J | | |
| 28. TELEFON DE MEXICO | A | Distribution | | | BUY | 7/7 | J | | |
| 29. TELEFON DE MEXICO | A | Distribution | | | FULL SALE | 10/13 | J | T | |
| 30. WHOLE FOODS | | | J | T | BUY | 2/7 | J | | |
| 31. WHOLE FOODS | | | J | T | SELL | 6/23 | J | T | |
| 32. STAPLES | A | Dividend | J | T | | | | | |
| 33. BEN AND JERRY'S | A | Dividend | | | | | | | |
| 34. DRESHNER RCM BIOTECH MUTUAL FUND | A | Dividend | | | | | | | |
| 35. CITIZENS CORE GROWTH FUND (SEE SECT VIII) | A | Dividend | J | T | | | | | |
| 36. CITIZENS EMERGING GROWTH FUND | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A | 6/30/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 37. CITIZENS GLOBAL EQUITY | A | Dividend | J | T | | | | | |
| 38. MFS EMEREGING GROWTH FUND (SEE SEC. VIII) | A | Dividend | J | T | | | | | |
| 39. AMEICAN WASHINGTON MUTUAL FUND (SEE SEC VIII) | ~M | Dividend | J | T | | | | | |
| 40. EURO PACIFIC GROWTH FUND | A | Dividend | J | T | | | | | |
| 41. REEBOK CORP | A | Dividend | J | T | BUY | 9/4 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,900 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15.000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKee, Theodore A | 6/30/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

EXPLANATION FOR CHATTEM INC IN PART VII INVESTMENTS:

CHATTEM INC COMMON STOCK IS LISTED HERE AS A Full SALE, BUT IS NOT SHOWN IN MY 2002 REPORT. IN PREPARING THIS REPORT, I DISCOVERED THAT IT WAS INADVERTENTLY OMITTED FROM THE 2002 REPORT. IN 2002 I BOUOGHT SHARES ON 7/24 FOR A VALUE CODE OF J. THE VALUE AT THE END OF 2002 WAS J, INCOME DURING 2002 WAS A CALCULATED USING "T" METHOD. PLEASE CONSIDER THIS DECLARATION AS AN AMENDMENT TO MY 2002 REPORT.

EXPLANATION FOR CITIZENS HOLDINGS - MFS EUROPE FUND - AMERICAN WASHINGTON MUTUAL INVESTORS FUND INC

THE THREE CITIZENS MUTUAL FUNDS LISTED ON SECTION VII WERE INADVERTENTLY OMITTED FORM MY 2002 REPORT. THEY WERE, HOWEVER DISCLOSED ON PRIOR REPORTS.

THE POSITION IN MFS EUROPE AND AMERICAN WASHINGTON WERE ALSO INADVERTENTLY OMITTED FROM PRIOR REPORTS. THEY ARE HELD IN AN ACCOUNT THAT IS MANAGED BY A BROKER. I HAVE NOT BEEN INVOLVED IN ANY CASE WHERE ANY OF THESE ENTITIES WERE INVOLVED.

I HAVE PREVIOUSLY EXPLAINED THE PARTNERSHIP, "PUJKEE ASSOC" DISCLOSED UNDER "POSITIONS" THOSE EXPLANATIONS CONTINUE TO APPLY

ADDITIONAL 2002 SALE - INTEL CORP.
ON JULY 2, 2002, I SOLD ALL THE SHARES I THEN OWNED OF INTEL STOCK. THE VALUE OF THE SALE WAS CODE "J" AND THE GAIN WAS CODE "A." IN COMPLETING THIS REPORT I DISCOVERED THAT SALE WAS OMITTED FROM THE 2002 REPORT EVEN AS AMENDED ON NOVEMBER 19, 2003. PLEASE ACCEPT THIS AS AN AMENDMENT TO THE 2002 DISCLOSURES.

EXPLANATION OF MERK, INTEL, AND COCA COLA
I WOULD LIKE TO ADD A CLARIFICATION FOR MY INTERESTS IN INTEL, MERCK, AND COCA COLA. I SOLD ALL SHARES OF COCA COLA ON MARCH 3, 1999 FOR VALUE CODE "J" AND A GAIN OF "A." I SOLD ALL SHARES OF MERCK AS REPORTED ON MY 2002 DISCLOSURE FORM ON JULY 2, 2002. HOWEVER IN THE CASE OF MERCK, INTEL AND COCA COLA, I PLACED COMPUTER ORDERS TO SELL THE NUMBER OF SHARES I OWNED AT THE TIME OF THE ORDER IN THE CASE OF MERCK, INTEL AND COCA COLA. HOWEVER, BETWEEN THE TIME THE ORDER WAS EXECUTED, AND THE TIME I PLACED IT, FRACTIONAL SHARES FOR EACH WERE DEPOSITED TO MY ACCOUNT. THIS HAS RESULTED IN DIVIDENDS BEING PAID EACH QUARTER SINCE THE DATE OF THE SALE, AND THIS IS THE REASON THAT I AM SHOWING DIVIDENDS IN THIS REPORT FOR MERCK, INTEL, AND COCA COLA EVEN THOUGH MY POSITION WAS PREVIOUSLY SOLD. THE DIVIDENDS QUITE LITERALLY AMOUNT TO "PENNIES" AS THEY WERE PAID ON LESS THAN A WHOLE SHARE AND THEREFY FALL INTO VALUE CODE "J" AND THE VALUE AT THE END OF THE APPLICABLE RERPORTING PERIODS WOULD ALSO BE "J." I HAVE TRIED TO SELL THESE FRACTIONAL SHARES SIMPLY TO SIMPLIFY THIS REPORT BUT I CAN NOT EXECUTE A SALE FOR LESS THAN ONE SHARE. IN ADDITION, DOING SO WOULD TRIGGER A COMMISSION THAT WOULD EXCEED THE "GAIN" FROM THE SALE. ACCORDINGLY, THESE FRACTIONAL SHARES REMAIN IN MY ACCOUNT AND CONTINUE TO GENERATE DIVIDENDS THAT ARE MORE "NUISANCE" THAN "GAIN." HOWEVER, FOR WHATEVER VALUE IT MAY HAVE, PLEASE NOTE THAT LAST YEAR DIVIDENDS IN THE AMOUNT OF A PENNY, EIGHT CENTS AND 20 CENTS DRIPPED INTO MY ACCOUNT EACH QUARTER LAST YEAR FROM THESE FRACTIONAL SHARES.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKee, Theodore A | 6/30/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date  6/29/04

ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544